# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| WILLIAM REILLY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY[1], | : | No. 21-02710 |
| Commissioner of Social Security | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 25th day of January, 2024, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (ECF Doc. No. 10), Defendant's Response to Request for Review of Plaintiff (ECF Doc. No. 11), and Plaintiff's Reply Brief in Support of Request for Judicial Review (ECF Doc. No. 14), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. Judgment will be entered by separate order filed contemporaneously with this order.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
United States Magistrate Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is hereby substituted as the Defendant in this suit. No further action need be taken by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).